# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re

CARL GADSON,

Debtor.

Case No. 13-31971-DHW
Chapter 13

## ORDER DENYING MOTION TO DISMISS BANKRUPTCY CASE

## ORDER INCREASING PLAN PAYMENTS

The Chapter 13 Trustee filed a motion (Doc. # 28) to dismiss this case because of a default by the debtor in payments under the confirmed Chapter 13 plan. The debtor filed an objection and a hearing was held on February 6, 2017. At the hearing, the Trustee reported that the debtor must increase plan payments to $***311.00*** semi-monthly. Accordingly, it is

ORDERED that the motion is DENIED, and the payments by the debtor to the chapter 13 trustee are INCREASED to $***311.00*** semi-monthly.

Done this 6th day of February, 2017.

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Debtor
Richard D. Shinbaum, Attorney for Debtor
Sabrina L. McKinney, Acting Trustee